Adelaide L. Harrington and others, Respondents,

v. The Hanover Fire Insurance Company of New York, Appellant. — Judgment of the County Court affirmed. Opinion by Barker, J.